IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Case No. 11-cv-06032 |
| | ) ) | Hon. Rebecca R. Pallmeyer |
| Plaintiff | ) ) ) | |
| v. | ) ) | |
| THOMAS J. PETTERS, GREGORY M. BELL, LANCELOT INVESTMENT MANAGEMENT LLC | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| INNA GOLDMAN, INNA GOLDMAN REVOCABLE TRUST, ASIA TRUST LTD., BLUE SKY TRUST, and GREGORY BELL REVOCABLE TRUST, | ) ) ) ) ) | |
| Relief Defendants | ) | |

**ORDER APPROVING SETTLEMENT AGREEMENT
WITH THE RECEIVERSHIP DEFENDANTS**

Upon consideration of the Receiver's Motion to Approve Settlement Agreement With The Receivership Defendants (the "Motion") (unless otherwise specified, capitalized terms used herein and not defined shall have the meanings given to them in the Motion), and it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion; (ii) due and sufficient notice of the Motion and the hearing has been given and no other or further notice is necessary; and (iii) upon the record herein after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement and its terms are approved in all respects, as set forth in the Settlement Agreement and attached hereto as Exhibit A.

2. The Receiver is hereby authorized to execute and deliver the Settlement

2388758.2

2

Agreement and payments due thereunder and to perform all actions as are necessary to effect the terms of the Settlement Agreement.

3. Provided that Bell remains compliant with the Repayment Agreement (as that term is defined in the Settlement Agreement) and until the Repayment Agreement is fully satisfied, an injunction is hereby imposed and shall prevent any party from asserting or seeking to recover any claim against Goldman, Bell, the Goldman Assets, the Bell Assets, or the Joint Assets (as those terms are defined in the Settlement Agreement) arising out of the events described in the Recitals of the Settlement Agreement.

4. Notwithstanding anything in paragraph 3, the injunction shall not limit the SEC's ability to enforce the injunctive relief it has obtained in the Receivership Case or the SEC Administrative Proceeding (as those terms are defined in the Settlement Agreement).

5. Notwithstanding anything in paragraph 3, but subject to Paragraph 6c of the Settlement Agreement, the injunction shall not limit the DOJ's ability to seek amendment of the Repayment Agreement or to enforce the Judgment (as those terms are defined in the Settlement Agreement).

2388758.2

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: Chicago, Illinois

November 25, 2015

_____
THE HONORABLE REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE